IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
**RIA R SQUARED, INC.**
  a Delaware Corporation,

Plaintiff,

       - against -

**PHILLIP MCCOWN**
  an individual,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civ. Action No.:
Hon. Judge:
Magistrate Judge:

## **INDEX OF EXHIBITS**

| | |
|---|---|
| Exh. A | *Affidavit of Scott Estep* |
| Exh. B | *Affidavit of Kendall Hayford* |
| Exh. C | *Ria R Squared Inc. v. Paul McCown,* Civil Case No. 25-cv-125, *Pl. Compl.*, Dkt. 1, Pg.ID 1-33 (D.Wyo. Jun. 6, 2021) |
| Exh. D | *Ria R Squared Inc. v. Paul McCown,* Civil Case No. 25-cv-125, *Def. Ans. and Aff. Def.*, Dkt. 42 (D.Wyo. Jun. 6, 2021) |

12160803.2