# EXHIBIT A

## AFFIDAVIT OF SCOTT ESTEP

STATE OF WYOMING      )
                              ) ss.:
COUNTY OF _Fremont_      )

**SCOTT ESTEP,** being sworn, states as follows:

1.      I am of the age of majority and competent to testify to the matters contained herein.

2.      I am the President of Wyoming Community Bank ("WCB") in Lander, Wyoming.

3.      I have been provided with three documents ("WCB Statements") purporting to be WBC bank statements for January, February and March of 2021 in the name of Paul McCown for an account "ending in 3668." The WCB Statements accompany this affidavit as Exhibit A.

4.      WCB Statements are not true and correct statements from WCB for the account ending in 3668 in Mr. McCown's name and appear to be forgeries.

5.      The purported wire transfer into the account ending in 3668 on March 1, 2021, in the amount of $750,000,000.00 as set forth in Exhibit A, is fictitious and never occurred. That transfer is not reflected in any record of WCB.

6.      I have been provided with two documents, dated May 7, 2021 and May 11, 2021 respectively, purporting to be on WCB letterhead (the "Attestations"). The Attestations accompany this affidavit as Exhibit B.

7.      The format of the letterhead on the Attestations does not reflect the true and correct letterhead for WCB, and the representation set forth in the Attestations is false, to my knowledge, and does not accurately reflect the bank's records.

8.     To my knowledge, neither Paul McCown nor any entity he owns or controls has ever held hundreds of millions of dollars in an account or accounts at WCB as WCB would be unable to hold such large of deposits.

**FURTHER AFFIANT SAYETH NOT.**

DATED this ___10___ day of ___June___, 20_21_.

_____
Scott Estep

**STATE OF WYOMING     )**
                                            ) ss.
**COUNTY OF** Fremont )

The foregoing *Affidavit of Scott Estep* was verified, subscribed, and sworn before me by *Scott Estep*, this _10_ day of June, 2021.

Witness my hand and official seal.



PATRICIA A. O'NEAL - NOTARY PUBLIC
COUNTY OF FREMONT    STATE OF WYOMING
My Commission Expires 05-01-2023

_____
Notary Public

My commission expires: ____5-1-23____

Affidavit of Scott Estep
Page 2 of 2

# Exhibit A



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Case 0:21-cv-00125-SWS   Document 1-5   Filed 06/22/21   Page 5 of 30

```
                                    Date  1/20/21          Page      1
                                    Primary Account  Acct Ending 3668
                                    Enclosures
```

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

---

Account Title: PAUL D MCCOWN

| | | | |
|---|---|---|---|
| Reward Checking | | Number of Enclosures | 0 |
| Account Number | Acct Ending 3668 | Statement Dates  12/17/20 thru  1/20/21 | |
| Previous Balance | 666.54 | Days in the statement period | 35 |
| 2 Deposits/Credits | 2,100.00 | Average Ledger | 567.92 |
| 26 Checks/Debits | 2,444.76 | Average Collected | 567.92 |
| Service Charge | .00 | Interest Earned | .81 |
| Interest Paid | .81 | Annual Percentage Yield Earned | 1.50% |
| Current Balance | 322.59 | 2021 Interest Paid | .81 |

### DEPOSITS AND ADDITIONS

| Date | Deposits | Amount |
|---|---|---|
| 12/31 | Transfer from x3957 to x3668 | 500.00 |
| 1/05 | Transfer from x3957 to x3668 | 1,600.00 |
| 1/20 | Interest Deposit | .81 |

### WITHDRAWALS

| Date | Withdrawals | Amount |
|---|---|---|
| 12/18 | PAYMENT    VENMO<br>WEB | 10.89- |
| 12/21 | POS DEB 2353 12/18/20 00000007<br>AMAZON.COM*PV3WA3T23<br>AMAZON.COM<br>SEATTLE        WA C#2629 | 23.09- |
| 12/21 | DBT CRD 1807 12/20/20 DJVZEUAB<br>DISNEYPLUS<br>888-9057888    CA C#2629 | 6.99- |
| 12/21 | DBT CRD 1400 12/21/20 DJMS624N<br>APPLE.COM/BILL<br>866-712-7753    CA C#2629 | 12.59- |
| 12/24 | DBT CRD 2007 12/24/20 DJJHHL2B<br>APPLE.COM/BILL<br>866-712-7753    CA C#2629 | 2.99- |
| 12/24 | DBT CRD 2007 12/24/20 DJE6UFUU<br>APPLE.COM/BILL<br>866-712-7753    CA C#2629 | 13.64- |
| 12/28 | PAYMENT    VENMO<br>WEB | 75.00- |


**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  1/20/21          Page    2
Primary Account  Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668  (Continued)

| WITHDRAWALS | | |
| --- | --- | --- |
| Date | withdrawals | Amount |
| 12/28 | DBT CRD 0327 12/26/20 DJLQ0AQ1 APPLE.COM/BILL 866-712-7753  CA C#2629 | 2.99- |
| 12/31 | POS DEB 0740 12/31/20 00965801 AMAZON.COM*1G8N36M53 AMAZON.COM SEATTLE        WA C#2629 | 9.74- |
| 12/31 | POS DEB 0740 12/31/20 00966687 AMAZON.COM*2W8R91NH2 AMAZON.COM SEATTLE        WA C#2629 | 10.65- |
| 12/31 | POS DEB 0750 12/31/20 00979581 AMAZON.COM*O944085M3 AMAZON.COM SEATTLE        WA C#2629 | 19.34- |
| 12/31 | POS DEB 1049 12/31/20 00233020 AMAZON.COM*Q54RX8AV3 AMAZON.COM SEATTLE        WA C#2629 | 31.49- |
| 12/31 | POS DEB 0825 12/31/20 00012646 AMAZON.COM*OY27W2D73 AMAZON.COM SEATTLE        WA C#2629 | 53.24- |
| 12/31 | POS DEB 0740 12/31/20 00971145 AMAZON.COM*WT8HC9O13 AMAZON.COM SEATTLE        WA C#2629 | 129.30- |
| 1/04 | POS DEB 1211 12/31/20 00374130 AMAZON.COM*XU7L89OH3 AMAZON.COM SEATTLE        WA C#2629 | 20.97- |
| 1/04 | POS DEB 1206 12/31/20 00000002 AMAZON.COM*863J27AI3 AMAZON.COM SEATTLE        WA C#2629 | 69.26- |
| 1/04 | POS DEB 1224 12/31/20 82577389 SAFEWAY #2761 SAFEWAY  2761 LANDER        WY C#2629 | 108.61- |
| 1/04 | DBT CRD 1310 12/31/20 DJUXCL9B SAFEWAY #2761 LANDER        WY C#2629 | 41.96- |
| 1/04 | DBT CRD 1304 12/31/20 DJYDFXXF SAFEWAY FUEL2761 | 46.91- |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

```
Date   1/20/21              Page      3
Primary Account   Acct Ending 3668
Enclosures
```

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking              Acct Ending 3668   (Continued)

| WITHDRAWALS | | |
|---|---|---|
| Date | Withdrawals | Amount |
| 1/04 | LANDER        WY C#2629<br>DBT CRD 1853 01/01/21 DJQJ62A9<br>DOLLARSHAVECLUBUS<br>MARINA D REY  CA C#2629 | 10.50- |
| 1/05 | POS DEB 0826 12/31/20 00000087<br>AMAZON.COM*276H88KR3<br>AMAZON.COM<br>SEATTLE        WA C#2629 | 94.49- |
| 1/06 | PAYMENT      VENMO<br>WEB | 1,549.00- |
| 1/11 | PAYMENT      VENMO<br>WEB | 11.73- |
| 1/15 | DBT CRD 2348 01/14/21 DJQHRKII<br>OTL*SCORESENSE.COM<br>800-679-6327  TX C#2629 | 19.95- |
| 1/19 | DBT CRD 1309 01/16/21 DJBIJQC8<br>WENDY S #0503<br>ORANGE        CA C#2629 | 56.85- |
| 1/19 | DBT CRD 1400 01/17/21 DJWDHW34<br>APPLE.COM/BILL<br>1111111111    CA C#2629 | 12.59- |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date   2/17/21          Page     1
Primary Account  Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Account Title: PAUL D MCCOWN

| | | | |
|---|---|---|---|
| Reward Checking | | Number of Enclosures | 0 |
| Account Number | Acct Ending 3668 | Statement Dates    1/21/21 thru  2/17/21 | |
| Previous Balance | 322.59 | Days in the statement period | 28 |
| 1 Deposits/Credits | 2,000.00 | Average Ledger | 408.52 |
| 11 Checks/Debits | 1,912.00 | Average Collected | 408.52 |
| Service Charge | .00 | Interest Earned | .01 |
| Interest Paid | .01 | Annual Percentage Yield Earned | 0.03% |
| Current Balance | 410.60 | 2021 Interest Paid | .82 |

**DEPOSITS AND ADDITIONS**

| Date | Deposits | Amount |
|---|---|---|
| 2/01 | Transfer from x3957 to x3668 | 2,000.00 |
| 2/17 | Interest Deposit | .01 |

**WITHDRAWALS**

| Date | Withdrawals | Amount |
|---|---|---|
| 1/21 | PAYMENT     VENMO<br>WEB | 60.00- |
| 1/21 | DBT CRD 1807 01/20/21 DJP3NFVQ<br>DISNEYPLUS<br>888-9057888    CA C#2629 | 6.99- |
| 1/25 | DBT CRD 2007 01/24/21 DJS1G9AZ<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 2.99- |
| 1/25 | DBT CRD 2007 01/24/21 DJI6K6AX<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 13.64- |
| 1/26 | PAYMENT     VENMO<br>WEB | 75.00- |
| 1/27 | DBT CRD 0331 01/26/21 DJYFCMV6<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 2.99- |
| 2/01 | DBT CRD 1851 02/01/21 DJQAK2BX<br>DOLLARSHAVECLUBUS<br>MARINA D REY  CA C#2629 | 10.50- |
| 2/02 | PAYMENT     VENMO<br>WEB | 1,706.00- |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

```
Date  2/17/21            Page    2
Primary Account  Acct Ending 3668
Enclosures
```

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668  (Continued)

| WITHDRAWALS | | |
|---|---|---|
| Date | Withdrawals | Amount |
| 2/16 | DBT CRD 2349 02/14/21 DJXGIEAM OTL*SCORESENSE.COM 800-679-6327  TX C#2629 | 19.95- |
| 2/17 | DBT CRD 2054 02/16/21 DJA7ERND APPLE.COM/BILL 866-712-7753  CA C#2629 | 1.35- |
| 2/17 | DBT CRD 1359 02/17/21 DJR857L3 APPLE.COM/BILL 866-712-7753  CA C#2629 | 12.59- |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

```
Date   3/17/21            Page    1
Primary Account Acct Ending 3668
Enclosures
```

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Account Title: PAUL D MCCOWN

| | | | | |
|---|---|---|---|---|
| Reward Checking | | | Number of Enclosures | 0 |
| Account Number | Acct Ending 3668 | | Statement Dates    2/18/21 thru 3/17/21 | |
| Previous Balance | 410.60 | | Days in the statement period | 28 |
| 1 Deposits/Credits | 750,000,000.00 | | Average Ledger | 375,161,357.68 |
| 15 Checks/Debits | · 2,126.90 | | Average Collected | 375,161,357.68 |
| Service Charge | .00 | | Interest Earned | 324,999.13 |
| Interest Paid | 324,999.13 | | Annual Percentage Yield Earned | 1.04% |
| Current Balance | 750,323,282.83 | | 2021 Interest Paid | 324,999.95 |

### DEPOSITS AND ADDITIONS

| Date | Deposits | Amount |
|---|---|---|
| 3/01 | Transfer from x7190 to x3668 | 750,000,000.00 |
| 3/17 | Interest Deposit | 324,999.13 |

### WITHDRAWALS

| Date | Withdrawals | Amount |
|---|---|---|
| 2/18 | PAYMENT    VENMO<br>WEB | 75.00- |
| 2/19 | DBT CRD 1625 02/18/21 DJLKPNIS<br>LOAF N JUG #0155<br>LANDER       WY C#2629 | 9.03- |
| 2/22 | DBT CRD 1743 02/18/21 DJYHRMI6<br>SAFEWAY #2761<br>LANDER       WY C#2629 | 69.43- |
| 2/22 | DBT CRD 1817 02/20/21 DJJUBJOU<br>DISNEYPLUS<br>888-9057888    CA C#2629 | 6.99- |
| 2/23 | DBT CRD 1913 02/23/21 DJLS27B5<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 8.39- |
| 2/23 | DBT CRD 0628 02/23/21 DJQDXM18<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 31.49- |
| 2/24 | DBT CRD 2202 02/22/21 DJIILZ4W<br>LOAF N JUG #0155<br>LANDER       WY C#2629 | 9.03- |
| 2/24 | DBT CRD 1743 02/22/21 DJVQY44S<br>SAFEWAY #2761 | 118.79- |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

```
Date   3/17/21            Page      2
Primary Account Acct Ending 3668
Enclosures
```

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668   (Continued)

| WITHDRAWALS | | |
|---|---|---|
| Date | Withdrawals | Amount |
| 2/24 | LANDER        WY C#2629<br>DBT CRD 2007 02/24/21 DJGIAIQ9<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 2.99- |
| 2/24 | DBT CRD 2007 02/24/21 DJJLECQU<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 13.64- |
| 3/01 | DBT CRD 0327 02/26/21 DJHFNJHP<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 2.99- |
| 3/01 | DBT CRD 1859 03/01/21 DJX25DTG<br>DOLLARSHAVECLUBUS<br>MARINA D REY CA C#2629 | 10.50- |
| 3/05 | PAYMENT     VENMO<br>WEB | 1,718.00- |
| 3/15 | POS DEB 1244 03/14/21 008YAH8V<br>AMAZON PAYMENTS<br>AMAZON PAYMENTS<br>SEATTLE       WA C#2629 | 37.00- |
| 3/17 | DBT CRD 1506 03/17/21 DJLNKTN8<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 13.63- |

# Exhibit B



To whom it may concern,

The purpose of this document is an attestation of the account balance of Paul McCown's personal bank account, ending in -3668. As of today, May 7, 2021, the account balance is $761,481,265.21.

I affirm this balance in my capacity as an officer of the bank, its Corporate Vice President and Branch President.

Sincerely,

Kendall S. Hayford
VP Branch President



To whom it may concern,

The purpose of this document is an attestation of the account balance of Paul McCown's personal bank account, ending in ███3668. As of today, May 11, 2021, the account balance is $761,481,265.21.

I affirm this balance in my capacity as an officer of the bank, its Corporate Vice President and Branch President.

Sincerely,

Kendall S. Hayford
VP Branch President