# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RIA R SQUARED, INC.

                                                              **Case No. 2:21-cv-12937**
                                                              HON. LINDA V. PARKER

               Plaintiff,

                                                                MAGITRATE JUDGE
     v.                                                            CURTIS IVY, JR.

PHILLIP McCOWN,

               Defendant.

## APPEARANCE

PLEASE TAKE NOTICE that I, Curtis C. Warner, hereby file my appearance as co-counsel on behalf of Defendant Phillip McCown.

                                          Respectfully submitted,
                                                <u>/s/ Curtis C. Warner</u>

Curtis C. Warner (P59915)
5 E. Market St., Ste. 250
Corning, NY 14830
(TEL): (888) 551-8685
cwarner@warner.legal

## CERTIFICATE OF SERVICE

I hereby certify that on **February 2, 2022**, I filed electronically the foregoing **Notice of Appearance**, with the Court using the Court's ECF system, which will automatically send notice to all counsel of record that has so appeared:

Thomas P. Heed
Heed Law Group PLLC
39555 Orchard Hill Place
Suite 600
Novi, MI 48375
(248) 465-8655
theed@heedlawgroup.com

                                          Respectfully submitted,
                                            /s/ Curtis C. Warner

Curtis C. Warner (P59915)
5 E. Market St., Ste. 250
Corning, NY 14830
(TEL): (888) 551-8685
cwarner@warner.legal