# EXHIBIT B



Phil McCown <pjlmac@gmail.com>

## Shareholder information

**Paul McCown** <mail@sf-notifications.com>  Wed, Mar 24, 2021 at 6:38 AM
Reply-To: paul.d.mccown@gmail.com
To: pjlmac@gmail.com

citrix | ShareFile

Phillip,

Paul McCown has requested that you upload a file using ShareFile.

A note from Paul :

Dear Shareholder,

McCown Enterprises will be disbursing a dividend payment this week. To complete this, please upload your receiving account information. Your financial institution should be able to provide all of this information with no difficulty.

Best regards,
PM

Upload

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://mccownenterprises263.sharefile.com/r-0dca18b556f04ef2

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2021