UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIA R SQUARED, INC.,

    Plaintiff,                                                                 Civil No. 21-12937

v.                                                                                                Honorable Linda V. Parker
                                                                                       Mag. Judge Curtis Ivy, Jr.
PHILLIP McCOWN,

    Defendant.

_____

PHILLIP McCOWN,

    Third-Party Plaintiff,

v.                                                                                                Third-Party Complaint

UNITED STATES OF AMERICA.,

    Third-Party Defendant.
_____/

## **NOTICE OF APPEARANCE**

    Notice is given that Jennifer L. Newby, Assistant United States Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the United States of America, Third-Party Defendant in the above-entitled action.

2

        Respectfully Submitted,

        Dawn N. Ison
        United States Attorney


        */s/ Jennifer L. Newby*
        JENNIFER L. NEWBY (P68891)
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226
        (313) 226-0295
        Jennifer.Newby@usdoj.gov

Dated:  March 17, 2022

## Certificate of Service

I hereby certify that on March 17, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Thomas P. Heed
Attorney for Plaintiff

Curtis C. Warner
Attorney for Defendant

John Evanchek
Attorney for Defendant

/s/ *Jennifer L. Newby*
**Jennifer L. Newby**
Assistant United States Attorney