# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RIA R SQUARED, INC.

        Plaintiff,

v.

PHILLIP McCOWN,

        Defendant,

**Case No.  2:21-cv-12937**
HON. LINDA V. PARKER

MAGITRATE JUDGE
CURTIS IVY, JR.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PHILLIP McCOWN,

        Third-Party Plaintiff,

v.

UNITED STATES OF AMERICA,

        Third-Party Defendant.

### STIPULATION AND ORDER TO
### STAY BRIEFING ON THE UNITED STATES OF AMERICA'S
### MOTION TO DISMISS FOR 90-DAYS
### AND TO HOLD A RULE 16 CONFERENCE THEREAFTER

NOW COMES, Defendant-Cross Plaintiff, Phillip McCown ("McCown") and the Third-Party Defendant United States of America, and so agree and stipulate to a 90-day stay of the Third-Party Defendant United States of America motion to

dismiss, ECF No. 12, up to and including July 20, 2022, and to hold a Rule 16 Conference thereafter.

Plaintiff Ria R Squared, having received from McCown all monies at issue in the Complaint that were not seized by the United States of America, likewise stipulates to holding a Rule 16 Conference after July 20, 2022, which hopefully will allow time for R-Ria to exercise its rights in any forfeiture action regarding the monies, seized by the USA, that it seeks here from McCown, and if the monies are obtained from the USA, Ria R Squared will then enter a dismissal with prejudice of its underlying claims against McCown, and McCown would likewise dismiss his claims with prejudice against the USA.

Respectfully submitted,

/s/ Curtis C. Warner
Curtis C. Warner (P59915)
Co-counsel for McCown
5 E. Market St., Ste. 250
Corning, NY 14830
(TEL): (888) 551-8685
cwarner@warner.legal

John A. Evanchek (P66157)
Co-Counsel for McCown
KELLEY & EVANCHEK, P.C.
43695 Michigan Ave.
Canton, MI 48188
(734) 397-4540
john@kelawpc.com

/s/ Jennifer L. Newby (w/consent)
DAWN N. ISON
United States Attorney
Jennifer L. Newby (P68891)
211 W. Fort Street, Suite 2001
Detroit, Michigan 48266
(313) 226-0295
Jennifer.Newby@usdoj.gov

/s/ Thomas P. Heed (w/consent)
Thomas P. Heed
Counsel for Ria R Squared
39555 Orchard Hill Place
Suite 600
Novi, MI 48375
(248) 465-8655
theed@heedlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIA R SQUARED, INC.

        Plaintiff,

v.

PHILLIP McCOWN,

        Defendant,

**Case No.  2:21-cv-12937**
HON. LINDA V. PARKER

MAGITRATE JUDGE
CURTIS IVY, JR.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PHILLIP McCOWN,

        Third-Party Plaintiff,

v.

UNITED STATES OF AMERICA,

        Third-Party Defendant.

### ORDER TO
### STAY BRIEFING ON THE UNITED STATES OF AMERICA'S
### MOTION TO DISMISS FOR 90-DAYS
### AND TO HOLD A RULE 16 CONFERENCE THEREAFTER

On Phillip McCown's and the United States of America's stipulation to stay briefing on the United States of America's motion to dismiss, ECF No. 12, for 90 days, and all parties' stipulation to hold a Rule 16 Conference thereafter, IT IS HEREBY ORDERED:

3

1. Briefing on the United States of America's Motion to Dismiss is stayed up to and including July 20, 2022;

2. The Court shall hold a telephonic Status Conference on **July 21, 2022** at **10:00 a.m.** to discuss if additional time is needed or whether McCown should brief the United States of America's motion to dismiss. Counsel shall call the Court's conference number at **1-888-808-6929** and use access code **8141695.**

3. The parties may file their dismissals with prejudice at any time.

**IT IS SO ORDERED**.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: April 22, 2022