# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RIA R SQUARED, INC.

       Plaintiff,

v.

PHILLIP McCOWN,

       Defendant.

Case No. 21-cv-12937

**MAGISTRATE JUDGE CURTIS IVY, JR.**

## STIPULATION & ORDER

**NOW COMES** Plaintiff Ria R Squared, Inc. and Defendant Phillip McCown, by and through their respective counsel, to enter into a stipulated agreement setting a briefing schedule for Defendant's Motion to Compel the Continuance of the Deposition of David Kang ("Motion") (ECF No. 73):

1. Plaintiff's opposition to Defendant's Motion will be filed on or before May 1, 2023;

2. Defendant's reply brief in support of his Motion will be filed on or before May 15, 2023.

Respectfully submitted,

Dated: April 21, 2023                     Dated: April 21, 2023

/s/ *Curtis C. Warner* (with consent)     /s/ *Joshua S. Bauchner*
Curtis C. Warner (P59915)                 ANSELL GRIMM & AARON, P.C.
85 Denison Parkway #186                   Joshua S. Bauchner
Corning, NY 14830                         Layne A. Feldman
TEL: (607) 438-3011                       365 Rifle Camp Road
cwarner@warner.legal                      Woodland Park, New Jersey 07424
                                          (973) 247-9000
John A. Evanchek (P66157)                 jb@ansellgrimm.com
KELLEY & EVANCHEK, P.C.                   laf@ansellgrimm.com
43695 Michigan Ave.
Canton, MI 48188-2516                      /s/ *Thomas P. Heed*
Tel: (734) 397-4540                       HEED LAW GROUP, PLLC
john@kelawpc.com                          Thomas P. Heed (P66991)
                                          2723 South State Ste. 150
*Counsel for Defendant*                   Ann Arbor, MI 48104
                                          (TEL): (734) 794-4757
                                          theed@heedlawgroup.com

                                          *Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RIA R SQUARED, INC.

        Plaintiff,

v.

PHILLIP McCOWN,

        Defendant.

Case No. 21-cv-12937

**MAGISTRATE JUDGE CURTIS IVY, JR.**

## **ORDER**

Pursuant to the parties' Stipulation, **IT IS HEREBY ORDERED** that the time for Plaintiff to respond to Defendant's Motion to Compel the Continuance of the Deposition of David Kang ("Motion") (ECF No. 73) is extended to May 1, 2023; and

**IT IS FURTHER ORDERED** that the time for Defendant to file a reply brief in further support of his Motion is extended to May 15, 2023.

Date: April 21, 2023

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge