UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIA R SQUARED, INC.,                     Case No. 21-12937
              Plaintiff,

v.

                                      Curtis Ivy, Jr.
PHILLIP MCCOWN,                    United States Magistrate Judge
              Defendant.
_____/

## JUDGMENT

In accordance with the opinion and order entered today, it is hereby

ORDERED and ADJUDGED that this case is dismissed.

                                         KINIKIA D. ESSIX
                                         CLERK OF COURT

                                         By: s/Kristen C. MacKay
                                             Deputy Clerk

Approved: s/Curtis Ivy, Jr.
            Curtis Ivy, Jr.
            United States Magistrate Judge

Date: June 30, 2023