UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RIA R SQUARED, INC., | Case No. 21-12937 |
|                 Plaintiff, | |
| v. | |
| | Curtis Ivy, Jr. |
| PHILLIP MCCOWN, | United States Magistrate Judge |
|                 Defendant. | |
| _____/ | |

**ORDER REGARDING ATTORNEY SUBSTITUTION (ECF No. 97) AND NOTICE OF WITHDRAWAL (ECF No. 98)**

Plaintiff's counsel Joshua Bauchner entered an Attorney Substitution, purporting to substitute himself as counsel for Plaintiff with a different firm. (ECF No. 97). Plaintiff's counsel Layne Feldman entered a notice of withdrawal as counsel. (ECF No. 98). Both documents are improper. Under the Local Rules of this District, an attorney may withdraw or be substituted for only on order of the Court. Local Rule 83.25(b)(2). Counsels' notices do not constitute an order. Counsel submitted a proposed order granting a motion to withdraw, but no such motion was filed. If Plaintiff wants to make changes to its counsel, it must file the appropriate motion.

The notices described above are **STRICKEN**.

**IT IS SO ORDERED**.

Date: October 17, 2023                               s/Curtis Ivy, Jr.
                                                     Curtis Ivy, Jr.
                                                     United States Magistrate Judge